# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KEVON TURNER**  **PLAINTIFF**
**ADC #172998**

v.  Case No. 4:25-CV-00878-JM

**WELLPATH,** *et al*.  **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 2nd day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE